Joseph M. Moran, Esq. ABA 7710141
Email: jmoran@dmgz.com
DeLisio Moran Geraghty & Zobel, P.C.
945 West Sixth Avenue
Anchorage, Alaska 99501
Telephone: 907-279-9574
Facsimile: 907-276-4231

Attorneys for First National Bank Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| DON L. WRIGHT, | ) | **SCHEDULING & PLANNING** |
| | ) | **CONFERENCE REPORT** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NORTHERN CREDIT SERVICES, INC., | ) | |
| and DENNIS MCCARTY | ) | |
| | ) | |
| Defendants. | ) | Case No. 3:10-cv-118-RRB |
| | ) | |

**I.      Meeting.**  In accordance with Rule 26(f), Federal Rules of Civil Procedure, a

meeting was held on August 9, 2010, and was attended by Attorneys Paul Bratton and

Stephanie Shanklin.

**II.      Disclosures.**  The information required by Fed. R. Civ. P. 26(a) will be exchanged

by the parties on or before **September 6, 2010**.

Preliminary witness lists will be exchanged by the parties on or before **September**

**13, 2010.**

**III.     Contested Issues of Fact and Law.**  Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court:

> (1) violation of statutes and (2) damages.

**IV.     Discovery Plan.**

A.     The parties jointly expect that discovery will be needed on the following issues of (1) violations of statutes and (2) damages.

B.     There are no issues about preserving discovery information.

C.     Disclosure or discovery of electronically stored information should be preserved in its native format.

D.     There is no indication that claims of privilege or of protection of trial preparation materials will be an issue.

E.     Disclosure of expert reports by all parties shall be given on or before **October 4, 2010.**

F.     Supplementation of disclosures and discovery responses under Fed. R. Civ. P. 26(e) will be produced as new information is acquired, but not later than 60 days before the close of fact discovery.

G.     A final witness list disclosing all lay and expert witnesses whom a party may with to call at trial will be served and filed by **December 15, 2010.**

H.     All discovery will be completed on or before **December 15, 2010.**

I.     The limitations contained in Fed. R. Civ. P. 26(b), 30 and 33 will apply and the parties do not wish to make any changes to these limitations.

**V.     Pretrial Motions.**

      A.     There are no preliminary motions as to jurisdiction, venue, arbitration and/or statutes of limitation.

      B.     Motions subject to D. Ak. L.R. 16.1(c)(6)-(8) and Fed. R. Civ. P. 56(c)(1)(A) will be served and filed within the times specified in the applicable rules. Dispositive motions (including motions for summary judgment) will be filed not later than 30 days after close of discovery.

**VI.    Other Provisions.**

      A.     The parties *do not* request a conference with the court before the entry of a scheduling.

      B.     The parties *do consent* to a trial before a magistrate judge.

      C.     The disclosures requirements of Fed. R. Civ. P. 7.1, if applicable, have been complied with.

      D.     Early settlement/alternative dispute resolution is set out below:

            1.     The parties *do not* request assistance by way of a settlement conference or alternative dispute resolution.

            2.     The parties *do wish* to consider private mediation or settlement conference with a judicial officer of this court at a later date.

      E.     The scheduling order will make provision for pretrial conferences, certification of the case as ready for trial and a final pretrial order.

## VII.  Trial.

A.    The case is expected to take three (3) days to try.

B.    A jury trial *has been* demanded.

C.    The right to a jury trial *is not* disputed.

Date:  August 18, 2010                    _____/s/ Joseph M. Moran_____
                                          Joseph M. Moran, ABA 7710141
                                          DeLisio Moran Geraghty & Zobel, P.C.
                                          945 West Sixth Avenue
                                          Anchorage, Alaska 99501
                                          Telephone: 907-279-9574
                                          Facsimile: 907-276-4231
                                          Email: jmoran@dmgz.com

Date:  August 18, 2010                    _____/s/ Paul H. Bratton_____
                                          Paul H. Bratton, ABA 0711081
                                          P O Box 602
                                          Talkeetna, AK  99676
                                          Telephone: 907-733-2185
                                          Facsimile: 772-679-8158
                                          Email: phbratton@gci.net

This is to certify that a true copy of the foregoing was
sent on August 18, 2010, to the following:

**X electronically**      □ by mail      □ by facsimile      □ by hand delivery

Paul H. Bratton    phbratton@gci.net

By _____/s/ Joseph M. Moran_____
        Joseph M. Moran